UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> v. <br><br> ALLIANCE INSTALLATIONS, INC., <br><br> Respondent. | No. 25-CV-3366 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On April 23, 2025, Petitioners filed a petition to confirm and enforce an arbitration award. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition by May 16, 2025. Respondent's opposition is due on June 13, 2025. Petitioners' reply, if any, is due on June 27, 2025.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:  April 28, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge