

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Lillianna Iorfino, Esq.**
Associate
liorfino@vandallp.com

May 14, 2025

**<u>VIA ECF</u>**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Petitioner's deadline is hereby adjourned to July 11, 2025.
Respondent's opposition deadline is adjourned to August 11, 2025.
Petitioners' deadline to file a reply, if any, is adjourned to August
25, 2025. Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Hon. Ronnie Abrams
June 30, 2025

**<u>RE:</u>**    *Trustees of the New York City District Council of Carpenters*
         *Pension Fund, et al. v. Alliance Installations, Inc.,* 25 CV 3366 (RA)

Dear Judge Abrams:

    This firm represents the Petitioners in the above-referenced action. Petitioners write to request a forty-five (45) day extension of time, through June 30, 2025, to file and serve additional materials in support of the verified petition to confirm an arbitration award (the "Verified Petition"). This action was commenced on April 23, 2025, with the filing of the Verified Petition. On April 28, 2025, Your Honor ordered Petitioners to "file and serve any additional materials with which they intend to support their petition by May 16, 2025." ECF Dkt No. 8. Since the commencement of this action, Petitioners have attempted to personally serve the pleadings on Respondent at two addresses, as set forth in detail below, however, all service attempts have been unsuccessful. Accordingly, Petitioners respectfully request an extension of time to file and serve the additional materials in support of the Verified Petition in order to effectuate personal service of the pleadings on Respondent prior to said deadline.

    On April 24, 2025, Petitioners requested personal service of the pleadings upon Respondent at its last known address, 1199 Route 22, Mountainside, New Jersey 07092 (the "Mountainside Address"). On April 29, 2025, Petitioners' process server attempted to serve Respondent personally at the Mountainside Address, however, the receptionist advised that Respondent did not have any employees working out of the Mountainside Address. A copy of the affidavit of due diligence for attempted service on Respondent at the Mountainside Address is annexed hereto as **Exhibit A**.



On May 1, 2025, Petitioners requested service of the pleadings on Juan Chaves, President[1], at his last known address, 36 Washington Avenue, Apt. 204, Carteret, New Jersey 07008 (the "Carteret Address")[2].  On May 7, 2025, Petitioners' process server attempted to serve Respondent personally at the Carteret Address, however, the manager at the leasing office advised that Juan Chaves moved out in 2023, and that the Carteret Address was functioning as an Airbnb unit.  A copy of the affidavit of due diligence for attempted service on Respondent at the Carteret Address is annexed hereto as **Exhibit D**.

On May 14, 2025, Petitioners requested service of the pleadings on Gabriel Chaves, Owner and company representative[3], at his last known address, 108 Park Avenue, Apt. 1, Summit, New Jersey 07901 (the "Summit Address")[4].  Petitioners have not received any status updates regarding service attempts at the Summit Address as of the time of filing this request.

Petitioners have exercised diligence in their attempts to serve the pleadings on Respondent at its last known business address, its President's last known address, and its Owner's last known address.  Accordingly, Petitioners request a forty-five (45) day extension of time through June 30, 2025, to file and serve additional materials in support of the Verified Petition to allow Petitioners to effect personal service of the pleadings prior to filing said materials. This is Petitioners' first such request.

We sincerely thank the Court for its time and attention to this matter.

Very truly yours,

*/s/ Lillianna Iorfino*
Lillianna Iorfino, Esq.

cc:    *Via First Class and Electronic Mail*
       Alliance Installations, Inc.
       1199 Route 22
       Mountainside, New Jersey 07092
       aharel@allianceinstallinc.com
       services@allianceinstallinc.com

       Alliance Installations, Inc.
       c/o Gabriel Chaves, Owner

---

[1] Petitioners identified Juan Chaves as President of Alliance Installations, Inc. pursuant to the Status Report generated by the New Jersey Department of State (the "Status Report").  A copy of the Status Report is annexed hereto as **Exhibit B**.

[2] Plaintiffs identified the Carteret Address via the LexisNexis public records database, which listed the Carteret Address as Juan Chaves' current address as of March 2025.  A copy of the LexisNexis search result concerning Juan Chaves is annexed hereto as **Exhibit C**.

[3] *See* Verified Petition, Ex. A (ECF Dkt. No. 1-1); *see also* Verified Petition, Ex. H (ECF Dkt. No. 1-8).

[4] Plaintiffs identified the Summit Address via the LexisNexis public records database, which listed the Summit Address as Gabriel Chaves' current address as of March 2025.  A copy of the LexisNexis search result concerning Gabriel Chaves is annexed hereto as **Exhibit E**.



108 Park Avenue, Apt. 1
Summit, New Jersey 07901
gchaves@allianceinstallinc.com

```
                    ||| |||||| ||| |||| ||||
                      7 7 4 6 6 2
```

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                    Docket No.  1:25-CV-03366

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE, FUND, ANNUITY FUND AND APPRENTICESHIP, ET LA
,Plaintiff(s)

                           - against -

,Defendant(s)

_____

### AFFIDAVIT OF DUE DILIGENCE

I, THE UNDERSIGNED, UNDER PENALTY OF PERJURY, AM AND WAS ON THE DATES HEREIN
MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION,
ATTEMPTED TO SERVE THE FOLLOWING:

    SUMMONS; MEMORANDUM OF LAW IN SUPPORT OF THE VERIFIED PETITION TO
    CONFIRM AN ARBITRATION AWARD; VERIFIED PETITION TO CONFIRM AN
    ARBITRATION AWARD; VERIFICATION; EXHIBITS; NOTICE OF ARBITRATION
    HEARING; PROPOSED ORDER AND JUDGMENT; CIVIL RULE 7.1 STATEMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

    RESIDENCE:  UNKNOWN


    ALTERNATE: 1199 ROUTE 22
               MOUNTAINSIDE NJ 07092

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:


    ALLIANCE INSTALLATIONS, INC.


THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

04/29/25 10:50 AM THIS IS A REGUS OFFICE SERVER SPOKE TO
               THE RECEPTIONIST LOUISE WHO STATED ALLIANCE
               DOES NOT HAVE ANY EMPLOYEES THAT WORK OUT OF
               THIS OFFICE.  LOUISE IS NOT AN EMPLOYEE OF
               ALLIANCE AND IS NOT AUTHORIZED TO ACCEPT
               SERVICE.
               SERVER RETURNING THIS REQ. FOR FURTHER REVIEW

                       SERVER: KYLE SCHICKNER


SWORN AND SUBSCRIBED TO BEFORE ME THIS

  6  DAY OF May        2025

Continued on next page

                    DGR Legal, Inc.
          1359 Littleton Road, Morris Plains, NJ 07950-3000
File #  1:25-CV-03366    (973) 403-1700  Fax (973) 403-9222    Work Order #  774662

|||||||| 7 7 4 6 6 2

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                          Docket No.   1:25-CV-03366

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE, FUND, ANNUITY FUND AND APPRENTICESHIP, ET LA
,Plaintiff(s)

                              - against -

,Defendant(s)

*Melissa Giambattista* (signature)

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
My Commission Expires 09/17/2029

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| ALLIANCE INSTALLATIONS, INC., | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alliance Installations, Inc. - 1199 Route 22, Mountainside, New Jersey 07092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___4/24/2025___          /s/ P. Canales
                                           *Signature of Clerk or Deputy Clerk*

```
Status Report For:    ALLIANCE INSTALLATIONS INC
Report Date:          4/29/2025
Confirmation Number:  251193690893
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:   0450478522
Business Type:        DOMESTIC PROFIT CORPORATION
Status:               ACTIVE
Original Filing Date: 03/28/2020
Stock Amount:         100
Home Jurisdiction:    NJ
Status Change Date:   NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start   N/A
Date:
DOR Suspension End     N/A
Date:
Tax Suspension Start   N/A
Date:
Tax Suspension End     N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:   MARCH
Last Annual Report     04/03/2024
Filed:
Year:                  2024
```

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

```
Agent:                 JUAN G CHAVES CESPEDES
Agent/SOP Address:     1199 US HIGHWAY 22 ,MOUNTAINSIDE,NJ,07092
Address Status:        DELIVERABLE
Main Business Address: 1199 US HIGHWAY 22, MOUNTAINSIDE, NJ, 07092
Principal Business     N/A
Address:
```

## ASSOCIATED NAMES

```
Associated Name:       N/A
Type:                  N/A
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|         |      |
|---------|------|
| Title:  | PRESIDENT |
| Name:   | CHAVES,JUAN G |
| Address: | 1199 US HIGHWAY 22, MOUNTAINSIDE, NJ, 07092 |

## FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

|                                        |      |
|----------------------------------------|------|
| Original Filing (Certificate)Date:     | 2020 |

Changes and Amendments to the Original Certificate:

| Filing Type                  | Year Filed |
|------------------------------|------------|
| CHANGE OF AGENT AND OFFICE   | 2024       |
| AMENDMENT                    | 2024       |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

# Table of Contents

Person Summary ................................................................................................2
At a Glance .......................................................................................................2
Name Variations, SSN Summary and DOBs ..................................................2
Physical Description ..........................................................................................2
Address Summary (1 current, 9 prior) .............................................................2
Phone Summary (1 phones) .............................................................................4
Licenses/Voter (0 licenses) .............................................................................5
Driver Licenses - 0 licenses ............................................................................5
Other Licenses - 0 licenses .............................................................................5
Real Property (0 current, 0 prior) .....................................................................5
Personal Property (0 current, 1 prior) ..............................................................5
Possible Education (0 records found) ...............................................................6
Possible Criminal/Arrest (0 filings) ..................................................................6
Bankruptcy (0 active, 0 closed) .......................................................................6
Judgment / Liens (1 active, 0 closed) ..............................................................6
UCC Filings (0 debtor, 0 creditor) ...................................................................7
Associates (28 records) ...................................................................................7
Possible Relatives - 1st Degree: 2, 2nd Degree: 9, 3rd Degree: 8 ................7
Person Associates - 4 records found .............................................................10
Neighbors - 4 records found ...........................................................................10
Business Connections - 0 records found ........................................................11
Possible Employers - 0 records found. ...........................................................11
Business Associates - 1 records found. .........................................................11
Sources (106 sources) ...................................................................................12



**1 OF 1 RECORD(S)**

## SmartLinx®Person Report

**Report Created:** 5-13-2025 8:10 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Report created for:**Virginia & Ambinder, LLP

### Person Summary

| Name | Address | County | Phone |
|------|---------|--------|-------|
| Chaves Cespedes, Juan G | 1199 Us Highway 22<br>Mountainside, NJ 07092-2807<br>(Business) | Union | 908-356-1947 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 2364-3350-7065 | 814-19-XXXX 📝 (SSN potentially randomly issued by the SSA) | 12/1983<br>(Age: 41)<br><br>(Male) | costarica84@gmail.com<br>jchaves007@hotmail.com |

### At a Glance

| Real Property | 0 | Criminal/Arrest | 0 |
|---------------|---|-----------------|---|
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 1 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

### Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|-----------------|-------------|---------------|
| Cespedes, Juan Chaves<br>Cespedes, Juan G<br>Chaves Cespedes, Juan G<br>Chaves, Gabriel<br>Chaves, Juan Gabriel<br>Chavez, Juan G | 814-19-XXXX<br>📝 (SSN potentially randomly issued by the SSA) | 12/1983 |

### Physical Description

### Address Summary (1 current, 9 prior)

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 1. | 1199 Us Highway 22<br>Mountainside, NJ 07092-2807<br>Union County<br><br>(Business) | Current | 06/2019 - 02/2025<br>(Current Residence) | |
| **Neighborhood Profile**<br>Average Age: 49<br>Median Household Income: $129,722 | | | | |

2364-3350-7065

| | | | |
|---|---|---|---|
| Median Home Value: $595,238<br>Average Years of Education: 13 | | | |
| 2. | 36 Washington Ave Apt 217<br>Carteret, NJ 07008-2773<br>(Newspaper facility) | Prior | 11/2024 - 01/2025 | |
| **Neighborhood Profile**<br>Average Age: 38<br>Median Household Income: $66,250<br>Median Home Value: $296,250<br>Average Years of Education: 12 | | | |
| 3. | 36 Washington Ave Apt 204<br>Carteret, NJ 07008-2773<br>(Newspaper facility) | Prior | 05/2023 - 03/2025 | |
| **Neighborhood Profile**<br>Average Age: 38<br>Median Household Income: $66,250<br>Median Home Value: $296,250<br>Average Years of Education: 12 | | | |
| 4. | 2101 Sycamore St<br>Roselle, NJ 07203-3056<br>Union County<br>(Residential) | Prior | 05/2021 - 08/2024 | |
| **Neighborhood Profile**<br>Average Age: 38<br>Median Household Income: $66,994<br>Median Home Value: $264,151<br>Average Years of Education: 13 | | | |
| 5. | 108 Park Ave Apt 1<br>Summit, NJ 07901-5937<br>Union County<br>(Residential, High-rise) | Prior | 05/2017 - 09/2021 | |
| **Possible Household Members**<br>Chaves, Gabriel<br>**Name Associated with Address**<br>Salazar, Lucia M<br>**Neighborhood Profile**<br>Average Age: 34<br>Median Household Income: $92,424<br>Median Home Value: $476,699<br>Average Years of Education: 13 | | | |
| 6. | 80 Fair St Apt 411<br>Norwalk, CT 06851-3535<br>Western Ct County<br>(Residential, High-rise) | Prior | 07/2019 - 03/2024 | |
| **Neighborhood Profile**<br>Average Age: 34<br>Median Household Income: $60,191<br>Median Home Value: $328,740<br>Average Years of Education: 11 | | | |

2364-3350-7065

| 7. | 57 Murray St Apt 412<br>Elizabeth, NJ 07202-2102<br>Union County<br><br>(Residential, High-rise) | Prior | 04/2020 - 12/2023 | |
|---|---|---|---|---|
| **Neighborhood Profile**<br>Average Age: 34<br>Median Household Income: $30,316<br>Median Home Value: $350,000<br>Average Years of Education: 10 | | | | |
| 8. | 1199 Us 22 Hudson Installations<br>Mountainside, NJ 07092 | Prior | 01/2020 - 05/2020 | |
| **Neighborhood Profile**<br>Average Age: 46<br>Median Household Income: $91,779<br>Median Home Value: $580,729<br>Average Years of Education: 14 | | | | |
| 9. | 234 Lt Glenn Zamorski Dr Apt<br>Elizabethport, NJ 07206-1521<br>Union County<br><br>(Residential) | Prior | 06/2019 - 11/2019 | |
| **Neighborhood Profile**<br>Average Age: 30<br>Median Household Income: $36,538<br>Median Home Value: $250,000<br>Average Years of Education: 11 | | | | |
| 10. | 2726 Alice Ter<br>Union, NJ 07083-4103<br>Union County<br><br>(Residential) | Prior | 03/2018 - 10/2018 | |
| **Possible Household Members**<br>Chaves, Gabriel<br>Chaves, Naomi Carter<br>Cubero, Maria D<br>Cubero, Xochilth I<br>**Name Associated with Address**<br>Cubero, Xochilth I<br>Cubero, Maria D<br>**Neighborhood Profile**<br>Average Age: 36<br>Median Household Income: $76,122<br>Median Home Value: $362,000<br>Average Years of Education: 13 | | | | |

## Phone Summary (1 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 908-356-1947. | 6/2019 - 6/2019. | Possible Wireless. | . | NEW CINGULAR WIRELESS PCS, LLC - DC. |

2364-3350-7065

**Licenses/Voter (0 licenses)**
**Driver Licenses - 0 licenses**
**Other Licenses - 0 licenses**

**Real Property (0 current, 0 prior)**

**Personal Property (0 current, 1 prior)**

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|-----|------|--------|-----------|-------|-----|--------------|
| 1. | MVR | Prior | 2016 Lexus | NX, 4 Dr Wagon Sport Utility | JTJBARBZ6G2058695 | CT |

**Vehicle Information**

VIN: JTJBARBZ6G2058695
Model Year: 2016
Make: Lexus
Model: NX
Series: 200T BASE/200T F-SPORT
Class/Type: Passenger Car/Light Truck
Body Style: 4 Dr Wagon Sport Utility
Primary Color: Silver
State of Origin: CT
Base Price: $36,365.00

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Chaves Cespedes, Juan G**

80 Fair St Apt 411
Norwalk, CT 06851-3535
Dob: 12/1983
Title Number: AA2871269
Title Date: 08/20/2019
Status: :
Mileage: 0

**Registrant 1**

**Chaves Cespedes, Juan G**

80 Fair St Apt 411
Norwalk, CT 06851-3535
Dob: 12/1983
Plate Number: AV35647
License Plate State: CT
Previous Plate Number: X27HHX
Previous Plate State: NJ

2364-3350-7065

License Plate Type: Private
Original Registration Date: 08/20/2019
Latest Registration Date: 08/20/2019
Expiration Date: 08/19/2021

**Lien Holder 1**

**ALLYFINANCIAL**

PO Box 8138
Cockeysville, MD 21030-8138

**Possible Education (0 records found)**

**Possible Criminal/Arrest (0 filings)**

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (1 active, 0 closed)**

| No. | Type | Status | Amount | Filing Date | Filing Number | Jurisdiction |
|-----|------|--------|--------|-------------|---------------|--------------|
| 1. | State Tax Warrant Release | See Details | $786.00 | 06/06/2018 | E039962781W0042 | New York |

**Debtor 1**

**Chavescespedes, Juan G**

2726 Alice Ter
Union, NJ 07083-4103
Release Date: 08/29/2018

**Debtor 2**

**Cuberojimenez, Xochilth I**

2726 Alice Ter
Union, NJ 07083-4103
Release Date: 08/29/2018

**Creditor 1**

**State Of New York**

**Filing 1**

Type: State Tax Warrant Release
Agency: Albany County Clerk
Agency State: NY
Agency County: Albany

2364-3350-7065

| Number: E039962781W0042 |
| --- |
| **Filing 2** |
| Type: State Tax Warrant |
| Agency: Albany County Clerk |
| Agency State: NY |
| Agency County: Albany |
| Number: E039962781W0042 |

**UCC Filings (0 debtor, 0 creditor)**

**Associates (28 records)**
**Possible Relatives - 1st Degree: 2, 2nd Degree: 9, 3rd Degree: 8**

| No. | First Degree Relatives | Address | Phone |
| --- | --- | --- | --- |
| 1. | Chaves, Gabriel (Possible Brother)<br>• AKA Chavez, Gabriel<br>SSN: 549-27-XXXX<br>LexID: 0455-8165-2552<br>DOB: 12/1983<br>(Age: 41) | 108 Park Ave Apt 1<br>Summit, NJ 07901-5937 | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Cubero, Maria D<br>• AKA Jimenez, Maria Cubero<br>• AKA Cubero, Maria Cubero<br>• AKA Cuberojimenez, Maria<br>• AKA Cubero, Jimenez Maria<br>• AKA Cubero Jimenez, Maria<br>• AKA Cubero, Jimenezmaria<br>• AKA Cubero, Maria D<br>• AKA Cuberojimenez, Maria<br>• AKA Jimenez, Maria Cubero<br>• AKA Cubero-Jimenez, Maria<br>• AKA Cuberojimenez, Maria<br>• AKA Jimenezcubero, Maria<br>SSN: 155-11-XXXX<br>LexID: 0002-3664-9617<br>DOB: 05/1951<br>(Age: 74) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| 2. | Cubero, Xochilth I<br>• AKA Cubero, Xochilth<br>• AKA Cuberojimenez, Xochilth I<br>• AKA Jimenez, Xochilth Cubero<br>• AKA Cubero, Jimenez Xochilth<br>• AKA Cubero, Xochilch<br>• AKA Cubero Jimenez, Xochilth I<br>• AKA Cuberojomenez, Xochilth I<br>• AKA Cubero, Xocilth I<br>SSN: 812-14-XXXX<br>LexID: 1198-7443-2721<br>DOB: 12/1973<br>(Age: 51) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| 3. | Cubero, Mariangel Corrales<br>• AKA Mariangel, Corrales<br>• AKA Corrales, Cubero Mariangel<br>• AKA Corrales, Mariangel Cubero | 3847 San Carlos Way<br>Sacramento, CA 95820-1343 | |

2364-3350-7065

| | • AKA Corrales Cubero, Mariangel C<br>• AKA Corrales-Cubero, Mariangel<br>• AKA Corralescubero, Mariangel<br>• AKA Corrales Cubero, Mariange<br>• AKA Corrales-Cubero, Mariange<br>• AKA Corralescubero, Mariange<br>• AKA Corrales, Maria<br>• AKA Corrales, Mariange<br>• AKA Cubero, Mariange<br>SSN: 135-17-XXXX<br>LexID: 1492-1956-0323<br>DOB: 04/1988<br>(Age: 37) | | |
|---|---|---|---|
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Tintle, Kieran Joseph<br>SSN: 156-86-XXXX<br>LexID: 1892-3243-3851<br>DOB: 01/1988<br>(Age: 37) | 8570 Everglade Dr<br>Sacramento, CA 95826-3617 | |
| 4. | Cubero, Orlando O<br>• AKA Cubero, Vicente Orlando<br>• AKA Cubero, Orlando V Sr<br>• AKA Cubero, V<br>• AKA Cuberro, Vincent<br>SSN: 592-44-XXXX<br>LexID: 0005-4906-3670<br>DOB: 03/1950<br>(Age: 75) | 960 Liberty Ave<br>Union, NJ 07083-6444 | 561-526-3239 |
| 5. | Cuberojimenez, Edy L<br>• AKA Cubero, Edy Leandro<br>• AKA Cubero Jimenez, Edy L<br>• AKA Jimenez, Edy C<br>• AKA Cubero, Eddy Leandro<br>• AKA Cubero, Edy Jimenez<br>• AKA Jimnez, Edy<br>• AKA Cubero, Edu<br>• AKA Cubero-Jimenez, Edy<br>• AKA Cubero, Jimenez Edy<br>• AKA Jimenez, Edy L<br>SSN: 829-68-XXXX<br>LexID: 0032-9075-1383<br>DOB: 11/1975<br>(Age: 49) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| 6. | Bontempo, Scott Edward<br>• AKA Bontemp, Scott E<br>• AKA Cubero, Scott E<br>• AKA Cubero, Edward<br>• AKA Bontemo, Scott<br>• AKA Boutempo, Scott<br>• AKA Contempo, Scott E<br>• AKA Tempo, Scott R<br>SSN: 145-48-XXXX<br>LexID: 0002-3642-0039<br>DOB: 10/1952<br>(Age: 72) | 977 Liberty Ave<br>Union, NJ 07083-6443 | 908-273-4744 |
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Bontempo, Gregory<br>• AKA Bontempo, Greg<br>• AKA Bontempo, Gregory<br>• AKA Bontempo, Gregory E<br>• AKA Bontempo, G<br>• AKA Bontempo, Gregory | 14004 Lake View Dr<br>Austin, TX 78732-1047 | 512-451-7170 |

2364-3350-7065

| | | | |
|---|---|---|---|
| | • AKA Bomtempo, Greg<br>SSN: 144-52-XXXX<br>LexID: 0002-3614-7991<br>DOB: 10/1956<br>(Age: 68) | | |
| 2. | Bontempo, Sarah Elizabeth<br>• AKA Harding, Sarah Elizabeth<br>• AKA Harding, Sarah<br>• AKA Bontempo, S<br>• AKA Harding, Sara E<br>• AKA Harding, Sarah<br>• AKA Bontemdo, Sarah<br>SSN: 450-53-XXXX<br>LexID: 0002-3640-8039<br>DOB: 07/1963<br>(Age: 61) | 14004 Lake View Dr<br>Austin, TX 78732-1047 | 512-451-7170 |
| 3. | Ramirez, Johel Cubero<br>• AKA Cubero, Johel<br>• AKA Cubero, Johel Ramirez<br>• AKA Ramirezcubero, Johel<br>• AKA Ramirez-Cubero, Johel<br>• AKA Ramirez, Johel Cubero<br>• AKA Ramirez Cubero, Johel<br>• AKA Ramirezcubero, Johel<br>• AKA Johel, Ramirez<br>SSN: 785-69-XXXX<br>LexID: 1941-2441-3486<br>DOB: 12/1996<br>(Age: 28) | 10937 Horse Track Dr<br>Jacksonville, FL 32257-8502 | 908-277-1871 |
| 4. | Bontempo, Abigail Emily<br>• AKA Bontempo, Abby E<br>• AKA Bntempo, Abigail<br>• AKA Bontemp, Abigail<br>SSN: 602-88-XXXX<br>LexID: 1699-8756-4753<br>DOB: 04/1995<br>(Age: 30) | 407 E 45th St Apt 101<br>Austin, TX 78751-3801 | |
| 5. | Bontempo, Emma Grace<br>SSN: 627-72-XXXX<br>LexID: 1946-8993-5106<br>DOB: 03/2000<br>(Age: 25) | 14004 Lake View Dr<br>Austin, TX 78732-1047 | |
| 6. | Bontempo, Claire Marie<br>• AKA Bontempo, Clarie Marie<br>SSN: 603-72-XXXX<br>LexID: 1541-5592-3554<br>DOB: 07/1992<br>(Age: 32) | 1224 16th Ave E<br>Seattle, WA 98112-3313 | |
| 7. | Cubero, Xochilth I<br>• AKA Cuberojimenez, Xochilth I<br>• AKA Cubero, Xochilch<br>SSN: 155-11-XXXX<br>LexID: 0553-1191-4354<br>DOB: 1951<br>(Age: 74) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| | **First Degree Relative** | | |
| 2. | Chaves, Naomi Carter<br>• AKA Carter, Naomi<br>• AKA Chavescubero, Naomi<br>• AKA Chaves Cubero, Naomi<br>• AKA Chaves-Cubero, Naomi<br>• AKA Cubero, Naomi Chaves | 1700 Patriot Way Apt 436<br>Union, NJ 07083-7224 | |

2364-3350-7065

| | | | |
|---|---|---|---|
| | SSN: 779-40-XXXX<br>LexID: 2388-3776-3926<br>DOB: 10/2001<br>(Age: 23) | | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Leone, Sandra Joy<br>• AKA Leone, Sandy<br>• AKA Leoni, Sandra J<br>• AKA Leone, S J<br>SSN: 150-78-XXXX<br>LexID: 0015-0359-5147<br>DOB: 03/1971<br>(Age: 54) | 917 SW 15th Ter<br>Cape Coral, FL 33991-2944 | |
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Leone, Rodney Martin<br>• AKA Leone, Robney M Jr.<br>• AKA Leon, Rodney Jr.<br>• AKA Lene, Rodney M<br>SSN: 157-34-XXXX<br>LexID: 0015-0107-9448<br>DOB: 12/1946<br>(Age: 78) | 105 Crosby Ave<br>Totowa, NJ 07512-2118 | 973-595-5958 |
| 2. | Cubero, Abby V<br>• AKA Cubero Jimenez, Abby V<br>• AKA Cubero-Jimenez, Abby V<br>• AKA Jimenez, Abby V<br>SSN: 016-93-XXXX<br>LexID: 1487-9494-5570<br>DOB: 02/1982<br>(Age: 43) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |

**Person Associates - 4 records found**

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | Cubero, Xochilth I<br>SSN: 812-14-XXXX<br>LexID: 1198-7443-2721<br>DOB: 12/1973 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 2. | Cubero, Maria D<br>SSN: 155-11-XXXX<br>LexID: 0002-3664-9617<br>DOB: 05/1919 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 3. | Ramirez, Johel Cubero<br>SSN: 785-69-XXXX<br>LexID: 1941-2441-3486<br>DOB: 1997 | 10937 Horse Track Dr<br>Jacksonville, FL 32257-8502 | Associate |
| 4. | Salazar, Lucia M<br>SSN: 148-23-XXXX<br>LexID: 1608-1764-4674<br>DOB: 11/1984 | 840 Mountain Ave<br>Springfield, NJ 07081-3438<br>973-564-6461 | Possible Roommate |

**Neighbors - 4 records found**
Found Near: 1199 Us Highway 22
Mountainside, NJ 07092-2807 - 4 records found

2364-3350-7065

| No. | Full Name | Address | Phone |
|-----|-----------|---------|-------|
| 1. | **Suarez, Frank Deivi**<br><br>SSN: 637-08-XXXX<br>LexID: 1899-1489-1080<br>DOB: 06/1985<br>(Age: 39)<br>**Cadena, Meaghan D**<br><br>LexID: 2398-8275-8733<br>DOB: 11/1987<br>(Age: 37) | 1191 Us Highway 22<br>Mountainside, NJ 07092-2807 | |
| 2. | **Buyofski, Arlene F**<br><br>SSN: 151-42-XXXX<br>LexID: 0017-5068-6430<br>DOB: 12/1948 - 11/09/2022 (DOD)<br>(Age at Death: 73)<br>⚠️ Deceased<br>**Zecca, Robert J**<br><br>SSN: 136-72-XXXX<br>LexID: 0027-9830-6130<br>DOB: 06/1972<br>(Age: 52) | 1207 Us Highway 22<br>Mountainside, NJ 07092-2609 | |
| 3. | **Abrams, Allan A**<br><br>SSN: 135-34-XXXX<br>LexID: 0000-0449-8202<br>DOB: 12/1941 - 09/15/2004 (DOD)<br>(Age at Death: 62)<br>⚠️ Deceased | 1180 Us Highway 22 Apt N<br>Mountainside, NJ 07092-2810 | |
| 4. | **Cutro, Robin S**<br><br>LexID: 1906-9879-0290 | 1199 Us Highway 22 Ste 304<br>Mountainside, NJ 07092-2807 | |

**Business Connections - 0 records found**

**Possible Employers - 0 records found.**

**Business Associates - 1 records found.**

| No. | Name | Address | Role |
|-----|------|---------|------|
| 1. | ALLY FINANCIAL | PO Box 8138<br>Cockeysville, MD 21030-8138 | Personal Property |

2364-3350-7065

**Sources (106 sources)**

| All Sources | 106 Source Documents |
|---|---|
| Email Addresses | 3 Source Documents |
| Historical Person Locator | 17 Source Documents |
| Liens and Judgments | 2 Source Documents |
| Motor Vehicle Registrations | 2 Source Documents |
| Person Locator 1 | 1 Source Documents |
| Person Locator 5 | 41 Source Documents |
| Person Locator 6 | 39 Source Documents |
| PhonesPlus Records | 1 Source Documents |

Key

⚠️ High Risk Indicator. These symbols may prompt you to investigate further.

🔖 Moderate Risk Indicator. These symbols may prompt you to investigate further.

💬 General Information Indicator. These symbols inform you that additional information is provided.

✔️ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:**  The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

```
         ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
              7  7  6  2  7  7
```

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                          Docket No.  1:25-CV-03366
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE, FUND, ANNUITY FUND AND APPRENTICESHIP, ET AL
,Plaintiff(s)
                              - against -
,Defendant(s)
_____

               AFFIDAVIT OF DUE DILIGENCE


I, THE UNDERSIGNED, UNDER PENALTY OF PERJURY, AM AND WAS ON THE DATES HEREIN
MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION,
ATTEMPTED TO SERVE THE FOLLOWING:

       SUMMONS; MEMORANDUM OF LAW IN SUPPORT OF THE VERIFIED PETITION TO
       CONFIRM AN ARBITRATION AWARD; VERIFIED PETITION TO CONFIRM AN
       ARBITRATION AWARD; VERIFICATION; EXHIBITS; NOTICE OF ARBITRATION
       HEARING; PROPOSED ORDER AND JUDGMENT; CIVIL RULE 7.1 STATEMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

       RESIDENCE:  36 WASHINGTON AVENUE
                   APT. 204
                   CARTERET NJ 07008


       ALTERNATE: UNKNOWN


I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:


       ALLIANCE INSTALLATIONS, INC.
       C/O JUAN CHAVES, PRESIDENT


THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

05/07/25 5:30 PM  THE GIVEN ADDRESS CAN ONLY BE ACCESS BY THE
                  CURRENT TENANT/OCCUPANT.
                  SERVER WENT TO THE LEASING OFFICE NEXT DOOR
                  AND SPOKE TO THE MANAGER WHO STATED THE
                  SUBJECT MOVED OUT IN 2023.
                  THE GIVEN ADDRESS IS USED AS AN AIRBNB UNIT
                  AS OF TODAY.
                  SERVER RETURNING THIS REQ. FOR FURTHER REVIEW
```

SERVER: CARLOS PEREZ


SWORN AND SUBSCRIBED TO BEFORE ME THIS                     Continued on next page

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                                    Docket No.   1:25-CV-03366

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE, FUND, ANNUITY FUND AND APPRENTICESHIP, ET AL
,Plaintiff(s)
                                    - against -
,Defendant(s)

_____

9 DAY OF _May_         20 25


_Melissa Giambattista_

┌─────────────────────────────────────┐
│ **MELISSA GIAMBATTISTA**             │
│ Notary Public, State of New Jersey   │
│ My Commission Expires 09/17/2029     │
└─────────────────────────────────────┘

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| ALLIANCE INSTALLATIONS, INC., | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alliance Installations, Inc. - 1199 Route 22, Mountainside, New Jersey 07092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIRGINIA & AMBINDER, LLP
40 BROAD STREET, 7TH FLOOR
NEW YORK, NEW YORK 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/24/2025                                          /s/ P. Canales
                                                                      *Signature of Clerk or Deputy Clerk*

## Table of Contents

Person Summary ...................................................................................................2
At a Glance ...........................................................................................................2
Name Variations, SSN Summary and DOBs...........................................................2
Physical Description ...............................................................................................2
Address Summary (1 current, 4 prior) .....................................................................2
Phone Summary (2 phones) ...................................................................................4
Licenses/Voter (0 licenses) ....................................................................................4
Driver Licenses - 0 licenses ...................................................................................4
Other Licenses - 0 licenses ....................................................................................4
Real Property (0 current, 0 prior).............................................................................4
Personal Property (0 current, 0 prior) ......................................................................4
Possible Education (0 records found) .......................................................................4
Possible Criminal/Arrest (0 filings) ..........................................................................4
Bankruptcy (0 active, 0 closed)...............................................................................4
Judgment / Liens (0 active, 0 closed)......................................................................4
UCC Filings (0 debtor, 0 creditor)...........................................................................4
Associates (32 records) ..........................................................................................4
Possible Relatives - 1st Degree: 2, 2nd Degree: 9, 3rd Degree: 8 .............................4
Person Associates - 9 records found .......................................................................8
Neighbors - 4 records found ....................................................................................9
Business Connections - 0 records found ..................................................................9
Possible Employers - 0 records found. .....................................................................9
Business Associates - 0 records found. ....................................................................9
Sources (35 sources)..............................................................................................10



**1 OF 1 RECORD(S)**

# SmartLinx®Person Report

**Report Created:** 5-14-2025 1:53 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Report created for:** Virginia & Ambinder, LLP

## Person Summary

| Name | Address | County | Phone |
|------|---------|--------|-------|
| Chaves, Gabriel | 108 Park Ave Apt 1<br>Summit, NJ 07901-5937<br>(Residential, High-rise) | Union | 908-875-3385 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 0455-8165-2552 | 549-27-XXXX | 12/1983<br>(Age: 41)<br><br>(Male) | |

## At a Glance

| | | | |
|---|---|---|---|
| Real Property | 0 | Criminal/Arrest | 0 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|-----------------|-------------|---------------|
| Chaves, Gabriel<br>Chavez, Gabriel | 549-27-XXXX<br>Issued in California, 1973 - 1974 | 12/1983 |

## Physical Description

## Address Summary (1 current, 4 prior)

| No. | Address | Status | To-From | Phone |
|-----|---------|--------|---------|-------|
| 1. | 108 Park Ave Apt 1<br>Summit, NJ 07901-5937<br>Union County<br><br>(Residential, High-rise) | Current | 04/2017 - 03/2025<br>(Current Residence) | |
| **Neighborhood Profile**<br>Average Age: 34<br>Median Household Income: $92,424<br>Median Home Value: $476,699<br>Average Years of Education: 13 | | | | |
| 2. | 2726 Alice Ter | Prior | 02/2014 - 05/2020 | |

Gabriel_Chavez

| | | | |
|---|---|---|---|
| | Union, NJ 07083-4103<br>Union County<br><br>(Residential) | | |

**Possible Household Members**
Chaves, Naomi Carter
Cubero, Maria D
Cubero, Xochilth I
**Name Associated with Address**
Cubero, Maria D
Cubero, Xochilth I
**Neighborhood Profile**
Average Age: 36
Median Household Income: $76,122
Median Home Value: $362,000
Average Years of Education: 13

| 3. | 231 Newman Ave<br>Bronx, NY 10473-2406<br>Bronx County<br><br>(Residential) | Prior | 02/2015 - 04/2015 | |

**Neighborhood Profile**
Average Age: 33
Median Household Income: $73,718
Median Home Value: $373,980
Average Years of Education: 13

| 4. | 960 Liberty Ave<br>Union, NJ 07083-6444<br>Union County<br><br>(Residential) | Prior | 02/2008 - 01/2025 | |

**Possible Household Members**
Cubero, Maria D
Cubero, Orlando O
Cubero, Xochilth I
**Name Associated with Address**
Cubero, Maria D
Cubero, Orlando O
Cubero, Xochilth I
**Neighborhood Profile**
Average Age: 40
Median Household Income: $92,771
Median Home Value: $364,736
Average Years of Education: 13

| 5. | 977 Liberty Ave<br>Union, NJ 07083-6443<br>Union County<br><br>(Residential) | Prior | 09/2005 - 04/2015 | |

**Possible Household Members**
Bontempo, Scott Edward
Cubero, Abby V
Cubero, Maria D
Cubero, Orlando O
Cubero, Xochilth I
Cubero, Xochilth I
Cuberojimenez, Edy L
Leone, Sandra Joy

Gabriel_Chavez

| **Name Associated with Address** |
| Cubero, Maria D |
| Cubero, Xochilth I |
| Cubero, Orlando O |
| Cubero, Xochilth I |
| Chavez, Juan G |
| Cubero Jimenez, Edy L |
| Bontempo, Scott Edward |
| **Neighborhood Profile** |
| Average Age: 45 |
| Median Household Income: $89,953 |
| Median Home Value: $410,976 |
| Average Years of Education: 13 |

**Phone Summary (2 phones)**

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|-----|-------|---------|-----------|--------------|---------|
| 1. | 908-875-3385. | 4/2011 - 6/2022. | Possible Wireless. | C CHAVES. | VERIZON. |
| 2. | 908-884-1309. | 4/2006 - 4/2006. | Possible Wireless. | GABRIEL CHAVES. | T-MOBILE USA, INC.. |

**Licenses/Voter (0 licenses)**
**Driver Licenses - 0 licenses**
**Other Licenses - 0 licenses**

**Real Property (0 current, 0 prior)**

**Personal Property (0 current, 0 prior)**

**Possible Education (0 records found)**

**Possible Criminal/Arrest (0 filings)**

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (0 active, 0 closed)**

**UCC Filings (0 debtor, 0 creditor)**

**Associates (32 records)**
**Possible Relatives - 1st Degree: 2, 2nd Degree: 9, 3rd Degree: 8**

| No. | First Degree Relatives | Address | Phone |
|-----|------------------------|---------|-------|
| 1. | Chaves, Juan Gabriel (Possible Brother) • AKA Chaves Cespedes, Juan G • AKA Chavescespedes, Juan G | 36 Washington Ave Apt 204 Carteret, NJ 07008-2773 | |

| | | Address | Phone |
|---|---|---|---|
| | • AKA Chaves, Gabriel<br>• AKA Cespedes, Juan Chaves<br>• AKA Cespedes, Juan G<br>• AKA Chavez, Juan G<br>• AKA Chaves-Cespedes, Juan<br>• AKA Chaves, Juangabriel<br>SSN: 814-19-XXXX<br>LexID: 2364-3350-7065<br>DOB: 12/1983<br>(Age: 41) | | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Cubero, Maria D<br>• AKA Jimenez, Maria Cubero<br>• AKA Cubero, Maria Cubero<br>• AKA Cuberojimenez, Maria<br>• AKA Cubero, Jimenez Maria<br>• AKA Cubero Jimenez, Maria<br>• AKA Cubero, Jimenezmaria<br>• AKA Cubero, Maria D<br>• AKA Cuberojimenez, Maria<br>• AKA Jimenez, Maria Cubero<br>• AKA Cubero-Jimenez, Maria<br>• AKA Cuberojimenez, Maria<br>• AKA Jimenezcubero, Maria<br>SSN: 155-11-XXXX<br>LexID: 0002-3664-9617<br>DOB: 05/1951<br>(Age: 74) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| 2. | Cubero, Xochilth I<br>• AKA Cubero, Xochilth<br>• AKA Cuberojimenez, Xochilth I<br>• AKA Jimenez, Xochilth Cubero<br>• AKA Cubero, Jimenez Xochilth<br>• AKA Cubero, Xochilch<br>• AKA Cubero Jimenez, Xochilth I<br>• AKA Cuberojomenez, Xochilth I<br>• AKA Cubero, Xocilth I<br>SSN: 812-14-XXXX<br>LexID: 1198-7443-2721<br>DOB: 12/1973<br>(Age: 51) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| | **First Degree Relative** | | |
| 2. | Chaves, Naomi Carter<br>• AKA Carter, Naomi<br>• AKA Chavescubero, Naomi<br>• AKA Chaves Cubero, Naomi<br>• AKA Chaves-Cubero, Naomi<br>• AKA Cubero, Naomi Chaves<br>SSN: 779-40-XXXX<br>LexID: 2388-3776-3926<br>DOB: 10/2001<br>(Age: 23) | 1700 Patriot Way Apt 436<br>Union, NJ 07083-7224 | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Cubero, Mariangel Corrales<br>• AKA Mariangel, Corrales<br>• AKA Corrales, Cubero Mariangel<br>• AKA Corrales, Mariangel Cubero<br>• AKA Corrales Cubero, Mariangel C<br>• AKA Corrales-Cubero, Mariangel<br>• AKA Corralescubero, Mariangel<br>• AKA Corrales Cubero, Mariange | 3847 San Carlos Way<br>Sacramento, CA 95820-1343 | |

| | • AKA Corrales-Cubero, Mariange<br>• AKA Corralescubero, Mariange<br>• AKA Corrales, Maria<br>• AKA Corrales, Mariange<br>• AKA Cubero, Mariange<br>SSN: 135-17-XXXX<br>LexID: 1492-1956-0323<br>DOB: 04/1988<br>(Age: 37) | | |
|---|---|---|---|
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Tintle, Kieran Joseph<br>SSN: 156-86-XXXX<br>LexID: 1892-3243-3851<br>DOB: 01/1988<br>(Age: 37) | 8570 Everglade Dr<br>Sacramento, CA 95826-3617 | |
| 2. | Cubero, Orlando O<br>• AKA Cubero, Vicente Orlando<br>• AKA Cubero, Orlando V Sr<br>• AKA Cubero, V<br>• AKA Cuberro, Vincent<br>SSN: 592-44-XXXX<br>LexID: 0005-4906-3670<br>DOB: 03/1950<br>(Age: 75) | 960 Liberty Ave<br>Union, NJ 07083-6444 | 561-526-3239 |
| 3. | Leone, Sandra Joy<br>• AKA Leone, Sandy<br>• AKA Leoni, Sandra J<br>• AKA Leone, S J<br>SSN: 150-78-XXXX<br>LexID: 0015-0359-5147<br>DOB: 03/1971<br>(Age: 54) | 917 SW 15th Ter<br>Cape Coral, FL 33991-2944 | |
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Leone, Rodney Martin<br>• AKA Leone, Robney M Jr.<br>• AKA Leon, Rodney Jr.<br>• AKA Lene, Rodney M<br>SSN: 157-34-XXXX<br>LexID: 0015-0107-9448<br>DOB: 12/1946<br>(Age: 78) | 105 Crosby Ave<br>Totowa, NJ 07512-2118 | 973-595-5958 |
| 4. | Cuberojimenez, Edy L<br>• AKA Cubero Jimenez, Edy L<br>• AKA Jimenez, Edy C<br>• AKA Cubero, Eddy Leandro<br>• AKA Cubero, Edy Jimenez<br>• AKA Cubero, Edy Leandro<br>• AKA Jimnez, Edy<br>• AKA Cubero, Edu<br>• AKA Cubero-Jimenez, Edy<br>• AKA Cubero, Jimenez Edy<br>• AKA Jimenez, Edy L<br>SSN: 829-68-XXXX<br>LexID: 0032-9075-1383<br>DOB: 11/1975<br>(Age: 49) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |
| 5. | Cubero, Abby V<br>• AKA Cubero Jimenez, Abby V<br>• AKA Cubero-Jimenez, Abby V<br>• AKA Jimenez, Abby V<br>SSN: 016-93-XXXX<br>LexID: 1487-9494-5570 | 977 Liberty Ave<br>Union, NJ 07083-6443 | |

| | | | |
|---|---|---|---|
| | DOB: 02/1982<br>(Age: 43) | | |
| 6. | Bontempo, Scott Edward<br>• AKA Bontemp, Scott E<br>• AKA Cubero, Scott E<br>• AKA Cubero, Edward<br>• AKA Bontemo, Scott<br>• AKA Boutempo, Scott<br>• AKA Contempo, Scott E<br>• AKA Tempo, Scott R<br>SSN: 145-48-XXXX<br>LexID: 0002-3642-0039<br>DOB: 10/1952<br>(Age: 72) | 977 Liberty Ave<br>Union, NJ 07083-6443 | 908-273-4744 |
| | **Third Degree Relatives** | **Address** | **Phone** |
| 1. | Bontempo, Gregory<br>• AKA Bontemp, Greg<br>• AKA Bontempo, Gregory<br>• AKA Bontempo, Gregory E<br>• AKA Bontempo, G<br>• AKA Bontempo, Gregory<br>• AKA Bomtempo, Greg<br>SSN: 144-52-XXXX<br>LexID: 0002-3614-7991<br>DOB: 10/1956<br>(Age: 68) | 14004 Lake View Dr<br>Austin, TX 78732-1047 | 512-451-7170 |
| 2. | Bontempo, Sarah Elizabeth<br>• AKA Harding, Sarah Elizabeth<br>• AKA Harding, Sarah<br>• AKA Bontempo, S<br>• AKA Harding, Sara E<br>• AKA Harding, Sarah<br>• AKA Bontemdo, Sarah<br>SSN: 450-53-XXXX<br>LexID: 0002-3640-8039<br>DOB: 07/1963<br>(Age: 61) | 14004 Lake View Dr<br>Austin, TX 78732-1047 | 512-451-7170 |
| 3. | Ramirez, Johel Cubero<br>• AKA Cubero, Johel<br>• AKA Cubero, Johel Ramirez<br>• AKA Ramirezcubero, Johel<br>• AKA Ramirez-Cubero, Johel<br>• AKA Ramirez, Johel Cubero<br>• AKA Ramirez Cubero, Johel<br>• AKA Ramirezcubero, Johel<br>• AKA Johel, Ramirez<br>SSN: 785-69-XXXX<br>LexID: 1941-2441-3486<br>DOB: 12/1996<br>(Age: 28) | 10937 Horse Track Dr<br>Jacksonville, FL 32257-8502 | 908-277-1871 |
| 4. | Bontempo, Abigail Emily<br>• AKA Bontempo, Abby E<br>• AKA Bntempo, Abigail<br>• AKA Bontemp, Abigail<br>SSN: 602-88-XXXX<br>LexID: 1699-8756-4753<br>DOB: 04/1995<br>(Age: 30) | 407 E 45th St Apt 101<br>Austin, TX 78751-3801 | |
| 5. | Bontempo, Emma Grace<br>SSN: 627-72-XXXX<br>LexID: 1946-8993-5106<br>DOB: 03/2000 | 14004 Lake View Dr<br>Austin, TX 78732-1047 | |

Gabriel_Chavez

| | | | |
|---|---|---|---|
| | (Age: 25) | | |
| 6. | Bontempo, Claire Marie<br>• AKA Bontempo, Clarie Marie<br>SSN: 603-72-XXXX<br>LexID: 1541-5592-3554<br>DOB: 07/1992<br>(Age: 32) | 1224 16th Ave E<br>Seattle, WA 98112-3313 | |
| 7. | Cubero, Xochilth I<br>• AKA Cuberojimenez, Xochilth I<br>• AKA Cubero, Xochilch<br>SSN: 155-11-XXXX<br>LexID: 0553-1191-4354<br>DOB: 1951<br>(Age: 74) | 977 Liberty Ave<br>Union, NJ 07083-6443 | |

## Person Associates - 9 records found

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | Bontempo, Scott Edward<br>SSN: 145-48-XXXX<br>LexID: 0002-3642-0039<br>DOB: 10/1952 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 2. | Chavez, Juan G<br>SSN: 945-72-XXXX<br>LexID: 0388-8120-5353 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 3. | Cubero, Maria D<br>SSN: 155-11-XXXX<br>LexID: 0002-3664-9617<br>DOB: 05/1919 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 4. | Cubero, Xochilth I<br>SSN: 812-14-XXXX<br>LexID: 1198-7443-2721<br>DOB: 12/1973 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 5. | Cubero, Orlando O<br>SSN: 592-44-XXXX<br>LexID: 0005-4906-3670<br>DOB: 03/1950 | 960 Liberty Ave<br>Union, NJ 07083-6444 | Associate |
| 6. | Cubero, Xochilth I<br>SSN: 155-11-XXXX<br>LexID: 0553-1191-4354<br>DOB: 1951 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 7. | Cubero, Mariangel Corrales<br>SSN: 135-17-XXXX<br>LexID: 1492-1956-0323<br>DOB: 04/1988 | 3847 San Carlos Way<br>Sacramento, CA 95820-1343 | Associate |
| 8. | Cubero Jimenez, Edy L<br>SSN: 829-68-XXXX<br>LexID: 0032-9075-1383 | 977 Liberty Ave<br>Union, NJ 07083-6443 | Associate |
| 9. | Ramirez, Johel Cubero<br>SSN: 785-69-XXXX<br>LexID: 1941-2441-3486<br>DOB: 1997 | 10937 Horse Track Dr<br>Jacksonville, FL 32257-8502 | Associate |

Gabriel_Chavez

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

**Neighbors - 4 records found**

Found Near: 108 Park Ave Apt 1
Summit, NJ 07901-5937 - 4 records found

| No. | Full Name | Address | Phone |
|-----|-----------|---------|-------|
| 1. | **Hernandez-Deleon, Carmen D**<br><br>SSN: 583-57-XXXX<br>LexID: 0011-1211-2509<br>DOB: 03/1972<br>(Age: 53) | 108 Park Ave<br>Summit, NJ 07901-5937 | |
| 2. | **Roman, Johnny A**<br><br>SSN: 149-02-XXXX<br>LexID: 1936-8230-4556<br>DOB: 04/1997<br>(Age: 28)<br>**Hernandez, Axel**<br><br>SSN: 140-11-XXXX<br>LexID: 2392-3312-4970<br>DOB: 02/2002<br>(Age: 23)<br>**Nunez, Elia**<br><br>SSN: 971-85-XXXX<br>LexID: 2402-3037-4003<br>DOB: 06/1993<br>(Age: 31) | 106 Park Ave Apt 4<br>Summit, NJ 07901-3950 | |
| 3. | **Lebron, Sasha**<br><br>SSN: 062-96-XXXX<br>LexID: 2675-5570-8711<br>DOB: 06/2006<br>(Age: 18) | 110 Park Ave Apt<br>Summit, NJ 07901-3966 | |
| 4. | **Vasquez, Erlin**<br><br>SSN: 268-93-XXXX<br>LexID: 2446-3790-9305<br>DOB: 09/2000<br>(Age: 24) | 108 Park Ave B<br>Summit, NJ 07901-5937 | |

**Business Connections - 0 records found**

**Possible Employers - 0 records found.**

**Business Associates - 0 records found.**

Gabriel_Chavez

**Sources (35 sources)**

| All Sources | 35 Source Documents |
|---|---|
| Historical Person Locator | 2 Source Documents |
| Person Locator 1 | 3 Source Documents |
| Person Locator 4 | 1 Source Documents |
| Person Locator 5 | 14 Source Documents |
| Person Locator 6 | 12 Source Documents |
| PhonesPlus Records | 3 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

📝 Moderate Risk Indicator. These symbols may prompt you to investigate further.

💬 General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:**   The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**