

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Lillianna R. Iorfino**
Associate
liorfino@vandallp.com

July 8, 2025

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Application granted. Petitioners shall submit a letter updating the Court as to the status of the case no later than September 5, 2025.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> July 9, 2025

RE: *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Alliance Installations, Inc.*, 25 CV 3366 (RA)

Dear Judge Abrams:

This firm represents Petitioners in the above-referenced case. We write to respectfully request a sixty (60) day stay of this matter pending the next scheduled Trustee meeting on September 2, 2025. This is the first request for a stay.

Since the commencement of this action, Petitioners have attempted to serve the pleadings on Respondent at various addresses, however, all service attempts have been unsuccessful. On June 30, 2025, this Court so ordered that Petitioners' deadline to personally serve the pleadings on Respondent and serve additional materials in support of the Verified Petition be extended to July 11, 2025. *See* ECF Doc. No. 11. As July 11, 2025 is rapidly approaching, Petitioners have still been unable to serve Respondent with the pleadings.

Petitioners now request a sixty (60) day stay of this matter, pending the next scheduled Trustee meeting on September 2, 2025, during which they intend to vote on how to proceed with the litigation, given the unsuccessful attempts to serve Respondent and the costs incurred in those efforts.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Lillianna R. Iorfino*

Lillianna R. Iorfino, Esq.